SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 JUL 19 PM 1:08

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:10CR248 |
| vs. | ) INDICTMENT |
| DIABLO S. WILLIAM, | ) 21 U.S.C. § 841(a)(1) & (b)(1) |
| Defendant. | ) |

The Grand Jury Charges:

## COUNT I

On or about March 26, 2010, in the District of Nebraska, DIABLO S. WILLIAM, the Defendant herein, did knowingly and intentionally distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, i.e., "crack cocaine," its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about April 10, 2010, in the District of Nebraska, DIABLO S. WILLIAM, the Defendant herein, did knowingly and intentionally distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, i.e., "crack cocaine," its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

8:10CR248

A TRUE BILL:

███████████
FOREPERSON

_____
ROBERT C. STUART
Acting United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
JOHN E. HIGGINS
Assistant United States Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
10 JUL 19 PM 1:08
OFFICE OF THE CLERK