IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:10CR248 |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S VERSION** |
| vs. | ) | **OF OFFENSE** |
| | ) | |
| DIABLO S. WILLIAM, | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW** the Defendant, Diablo S. William, by and through his attorney, Glenn A. Shapiro, and offers the following version of offense:

I, Diablo S. William, delivered approximately 24 grams of crack cocaine to a CI.

DIABLO S. WILLIAM, Defendant

s/Glenn A. Shapiro #19126
SCHAEFER SHAPIRO, LLP
1001 Farnam Street
Omaha, NE 68102
(402) 341-0700
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: John E. Higgins, Assistant United States Attorney.

s/Glenn A. Shapiro