IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:10CR248 |
|---|---|---|
| Plaintiff, | ) | **OBJECTIONS TO REVISED PRESENTENCE INVESTIGATION REPORT AND ADDENDUM** |
| vs. | ) | |
| DIABLO S. WILLIAM, | ) | |
| Defendant. | ) | |

The Defendant, Diablo S. William, objects to the following matters contained within his Revised Presentence Report and Addendum:

1. The Defendant objects to paragraphs 18, 26 and 29. The Defendant should receive a three level reduction for acceptance of responsibility.

2. The Defendant objects to paragraph 59. The Defendant objects to all facts regarding alleged robbery.

DIABLO S. WILLIAM, Defendant

s/Glenn A. Shapiro, #19126
SCHAEFER SHAPIRO, LLP
1001 Farnam Street
Omaha, NE 68102
(402) 341-0700
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: John E. Higgins, Assistant United States Attorney.

I further certify that a true and correct copy of the foregoing was delivered by email to Julie S-Voss at Julie_Souhrada-Voss@NEP.uscourts.gov on this 31st day of March, 2011.

s/Glenn A. Shapiro