## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR248** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DIABLO S. WILLIAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 58), filed through counsel under Federal Rule of Appellate Procedure 24(a).  The Defendant, who was represented by retained counsel in this Court, has filed a notice of appeal.  (Filing No. 57.)  The motion includes an affidavit regarding  the Defendant's financial status.

IT IS ORDERED that the Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 58) is granted.

DATED this 18th day of July, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge