IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR248** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **DIABLO S. WILLIAM,** | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1.   The Court has completed the initial review of the Defendant's Petition for Habeas Corpus Relief Pursuant to Title 28 of the United States Code § 2255 by a Prisoner in Federal Custody (Filing No. 80);

2.   The Court summarily denies the Defendant's claims raised in the § 2255 motion, and the motion (Filing No. 80) is summarily denied;

3.   The Defendant's Motion to Appoint Counsel (Filing No. 81) and Motion for Leave to Proceed In Forma Pauperis (Filing No. 82) are denied; and

4.   The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 20th day of November, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge