AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CR248 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 23617-047 |
| | ) | |
| Diablo William, | ) | David Stickman |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 07/05/11 | ) | |

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon the Court's own motion and pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 262 months is reduced to 210 months. The Clerk is directed to deliver a copy of this Order to the U.S. Marshal.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

    Previous Offense Level: 34      Amended Offense Level: 32
    Criminal History Category: VI      Criminal History Category: VI
    Previous Guideline Range: 262 to 327 months      Amended Guideline Range: 210 to 262 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓    The reduced sentence is within the amended guideline range.

☐    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐    Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 07/05/11 shall remain in effect.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2013
Effective Date: November 20, 2013

                                                          s/Laurie Smith Camp
                                                          Chief United States District Judge