IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR248** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **DIABLO S. WILLIAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Certificate of Appealability which has been construed as a Notice of Appeal (Filing No. 101). The Defendant appeals from the Memorandum and Order (Filing No. 83) and Judgment (Filing No. 84) denying his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion").

Before the Defendant may appeal the denial of his § 2255 motion, a "Certificate of Appealability" must issue. Pursuant to the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 ("AEDPA"), the right to appeal the denial of a motion filed pursuant to 28 U.S.C. § 2255 is governed by the certificate of appealability requirements of 28 U.S.C. § 2253(c). 28 U.S.C. § 2253(c)(2) provides that a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right:

> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from–
> ....
> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

    (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c).

    A "substantial showing of the denial of a constitutional right" requires "a showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were ' "adequate to deserve encouragement to proceed further." ' " *Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (citation omitted).

    For the reasons set forth in the previously issued Memorandum and Order (Filing No. 83) denying the Defendant's § 2255 motion, the Court concludes that the Defendant has not made a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c).

    IT IS ORDERED:

    1.    The Defendant's Motion for Certificate of Appealability is denied;

    2.    The Defendant is allowed to proceed in forma pauperis;

    2.    The Clerk of Court shall provide a copy of this Order to the Eighth Circuit Court of Appeals; and

    3.    A copy of this Memorandum and Order shall be mailed to the Defendant at his last known address.

DATED this 2nd day of June, 2014.

                                                  BY THE COURT:

                                                  s/Laurie Smith Camp
                                                  United States District Judge