# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3693

United States of America

Appellee

v.

Diablo S. William

Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:10-cr-00248-LSC-1)
_____

## MANDATE

In accordance with the judgment of 05/29/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 20, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit