# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-2298
_____

United States of America

Plaintiff - Appellee

v.

Diablo S. William

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:13-cv-00332-LSC)
_____

**JUDGMENT**

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

October 01, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans