**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DIABLO S. WILLIAM,** | ) | CASE NO. 8:10CR248 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. Diablo S. William's Motion to Supplement Pending § 3582(c)(2) in Light of Recent Supreme Court Decision in *Johnson v. Untied States* (Filing No. 113) is denied; and

2. The Clerk is directed to mail a copy of this Judgment to Diablo S. William at his last known address.

DATED this 29th day of April, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge