# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 16-2709
_____

Diablo S. William

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:10-cr-00248-LSC-1)
(8:13-cv-00332-LSC)

_____

**JUDGMENT**

Before RILEY, ARNOLD and BENTON, Circuit Judges.

The petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

March 23, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans